UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

ENOQUE YANGA MBENGA PEDRO

      v.                                              Case No. 26-cv-135-PB-AJ

FCI BERLIN WARDEN ET AL.[1]

## O R D E R

    Petitioner, a civil immigration detainee from Angola, filed this Petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. No. 1), asserting claims of unlawful detention in violation of his federal rights.  Petitioner is currently at the Federal Correctional Institution in Berlin, New Hampshire ("FCI Berlin") in United States Immigration and Customs Enforcement ("ICE") custody.  The Petition is before the court to determine if the claims asserted are not facially invalid and may proceed.  See 28 U.S.C. § 2243; Rules 1(b) & 4 of the Rules Governing Section 2254 Cases; LR 4.3(d)(4).

    Petitioner claims that his current and continued detention in ICE custody without possibility of release violates the Fifth Amendment's Due Process Clause and the Immigration and Naturalization Act.  Petitioner seeks immediate court-ordered release from custody or a bond hearing under 8 U.S.C. § 1226(a).

    Petitioner appears to be a member of the class certified in Guerrero Orellana v. Moniz, No. 25-cv-12664-PBS (D. Mass.), and thereby to be entitled to the class-wide relief granted by that court.  See 2025 WL 3687757, at *10-11 (D. Mass. Dec. 19, 2025), appeal docketed, No. 26-1094 (1st Cir. Jan. 26, 2026).  Petitioner also appears to be similarly situated to the petitioner

---

[1] The Petition lists a set of federal officers in their official capacities as Respondents, including the FCI Berlin Warden and the United States Immigration and Customs Enforcement Boston Field Office Director.

granted similar relief on grounds of procedural due process in Destino v. FCI Berlin Warden, 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025).

Petitioner's claims warrant service.  Therefore, the Clerk's Office shall:

- Provide an electronic copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Send copies of the same documents by certified mail to:
    - **Warden, FCI Berlin,** 1 Success Loop Rd., Berlin, NH 03570;
    - **Director, Boston Field Office, U.S. Immigration and Customs Enforcement**, 1000 District Ave., Burlington, MA 01803; and
    - **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.[2]

Respondents shall file an answer or dispositive motion in response to the claims in the Petition within seven days of the date of this Order.  In their response, the Federal Respondents are directed to show cause why the Court should not issue an order granting the Petition to the extent of ordering Respondents to afford Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of that order's issuance, based on Petitioner's apparent membership in the Guerrero Orellana class and similarity to the petitioner in Destino.

A hearing on the Petition may be scheduled to occur on or after the date when the Federal Respondent's response is due.  Should counsel for Petitioner waive Petitioner's presence at that hearing, the hearing shall occur via video.

Any party may request a status conference at any time, including before service on Respondents is complete.

---

[2] This court declines to order service as to the remaining Respondents at this time.

Respondents shall provide this Court with at least seventy-two hours of advance notice of any scheduled removal or transfer of Petitioner out of this Court's jurisdiction. Such notice shall: (1) be filed in writing on the docket of this proceeding; (2) state the reason for the necessity of such action; and (3) state why the move should not be stayed pending further court proceedings. Notice of Petitioner's release from custody may be provided after the fact.

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

February 25, 2026

cc: Matthew Carl Decker, Esq.