## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

**Enoque Yanga Mbenga Pedro**

      v.                                    Case No. 26-cv-135-PB-AJ

**FCI Berlin, Acting Warden, et al.**

### ORDER

Enoque Yanga Mbenga Pedro filed the instant petition for a writ of habeas corpus on February 24, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Pedro's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), in part based on his apparent similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin. Doc. 2 (citing No. 25-cv-374, Doc. 9 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Pedro would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 8. While the government gestures to certain arguments related to that authority—which it remains free to invoke in future cases notwithstanding the result of this case—it has not

substantively developed those arguments here and thus has not shown cause for Pedro's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in <u>Destino</u>, the government is hereby ordered to afford Pedro a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Pedro's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 3, 2026

cc:   Counsel of Record