# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Enoque Yanga Mbenga Pedro**

v.                                                        Case No. 26-cv-135-PB-AJ

**FCI Berlin, Warden, et al.**

## ORDER

On March 3, 2026, I ordered the government to afford Enoque Yanga Mbenga Pedro a bond hearing under 8 U.S.C. § 1226(a). Doc. 9. In its subsequent status report, the government represents that Pedro received a bond hearing on March 10, 2026, at which an immigration judge granted bond. Doc. 11. Because Pedro has received his requested relief, his petition shall be dismissed unless he shows cause why it should not be within seven days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 17, 2026

cc:   Counsel of Record