# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Enoque Yanga Mbenga Pedro**

    v.                                    Case No. 26-cv-135-PB-AJ

**FCI Berlin, Warden, et al.**

## ORDER

After the government notified the Court that Enoque Yanga Mbenga Pedro received the bond hearing he sought on March 10, 2026, see Doc. 11, I ordered Pedro to show cause within seven days why his petition should not be dismissed. Doc. 12. Pedro has not responded to that order to date, so his petition shall be dismissed.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

March 25, 2026

cc:    Counsel of Record